UNITED STATES of America, Plaintiff—Appellee,

v.

Arcelia GONZALEZ, Defendant—Appellant.

No. 04–10299.

D.C. No. CR–03–00508–RLH.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted May 9, 2005.

Decided May 26, 2005.

Patrick J. Walsh, Asst. U.S. Atty., USLV—Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff—Appellee.

Franny A. Forsman, FPDNV—Federal Public Defender's Office, Las Vegas, NV, for Defendant—Appellant.

Before KLEINFELD, HAWKINS, and GRABER, Circuit Judges.

## ORDER *

The parties' joint motion to remand to the district court for further consideration is granted. REMANDED.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This disposition is not appropriate for publication and may not be cited to or by the courts

The panel shall retain jurisdiction over any further appeal involving this matter.

* This disposition is not appropriate for publication and may not be cited to or by the courts

